UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**PRIMITIVO ROBLES, on behalf of himself and all others similarly situated,**

                      Plaintiff,

    v.

**FLYNNSTONED CORPORATION,**

                      Defendant.

**NOTICE OF APPEARANCE**

Case No.:   24-8445

---

      **PLEASE TAKE NOTICE** that the law firm of Bousquet Holstein PLLC, by and through the undersigned counsel, Gregory D. Eriksen, hereby appears in the above-entitled action as lead counsel for Defendant, Flynnstoned Corporation.

Dated:   January 9, 2024

                                        **BOUSQUET HOLSTEIN, PLLC**

                                        _____
                                        Gregory D. Eriksen, Esq.
                                        *Attorneys for Defendant, Flynnstoned Corporation*
                                        110 West Fayette Street, Suite 1000
                                        Syracuse, New York 13202
                                        Tel: (315) 422-1500
                                        E-Mail: geriksen@bhlawpllc.com

TO:    Jon L. Norinsberg, Esq.
          JOSEPH & NORINSBERG, LLC
          *Attorneys for Plaintiff, Primitivo Robles, on behalf of himself and all others similarly situated*
          110 East 59th Street, Suite 2300
          New York, New York 10022
          Tel: (212) 227-5700
          E-Mail: jon@norinsberglaw.com

7321947.1